DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**S.A.,** the Mother,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES** and
**STATEWIDE GUARDIAN AD LITEM OFFICE**,
Appellees.

No. 4D2023-3054

[April 18, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jose Izquierdo, Judge; L.T. Case No. 2021-001531-DP.

Antony P. Ryan, Regional Counsel, and Danielle Forte, Assistant Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, West Palm Beach, for appellant.

Carolyn Schwarz of Children's Legal Services, Fort Lauderdale, for appellee, Department of Children & Families.

Khairiya C. Bryant of Statewide Guardian ad Litem Office Defending Best Interests, KCB Law, PLLC, Orlando, and Sara Elizabeth Goldfarb, Statewide Director of Appeals, Statewide Guardian ad Litem Office, Tallahassee, for appellee, Statewide Guardian ad Litem Office.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and GERBER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***